# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
April 2, 2026

Lyle W. Cayce
Clerk

No. 25-40311

CONSOLIDATED WITH

No. 25-40324

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

MARIO ALONZO PENA-LLANAS,

*Defendant—Appellant*,

No. 25-40312

CONSOLIDATED WITH

No. 25-40321

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

MARIO PENA-LLANAS,

*Defendant—Appellant*,

_____

Appeals from the United States District Court
for the Southern District of Texas
USDC Nos. 1:95-CR-137-1,
1:24-CR-298-1, 1:24-CR-717-1, 1:95-CR-69-1

_____

Before KING, HAYNES, and HO, *Circuit Judges*.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Mario Pena-Llanas has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Pena-Llanas has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the consolidated appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeals are DISMISSED. *See* 5TH CIR. R. 42.2.

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.